Opinion issued July 22, 2002














In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00468-CV

____________


JOHN AUSTIN, Individually and d/b/a AUSTIN FARMS, Appellant


V.


DICKINSON, ISD, Appellee






On Appeal from the 212th District Court

Galveston County, Texas

Trial Court Cause No. 01CV0556






O P I N I O N

 According to information provided by the district clerk, this is an appeal from
a judgment signed on April 11, 2002. The notice of appeal was filed on May 8, 2002. 
The record was due on June 10, 2002. The clerk's record has not been filed. On June
11, 2002, the Clerk of this Court notified appellant that the district clerk had advised
the Court that appellant had not made arrangements to pay for the clerk's record and 
instructed appellant that the Court might dismiss his appeal unless, within 15 days of
the date of the notice, he made arrangements to pay for the record and provided the
Court with proof of payment. The 15 days have expired and, as of the date of this
opinion, appellant has not done so.

 Accordingly, we dismiss appellant's appeal for want of prosecution. See Tex.
R. App. P. 42.3(b),(c).

PER CURIAM

Panel consists of Justices Hedges, Taft, and Jennings.

Do not publish. Tex. R. App. P. 47.